PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# FILED

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

JUN 09 2023

**Mark C. McCartt, Clerk**
**U.S. DISTRICT COURT**

Case No. ___23 - CV -19 - CVE -CDL___

*(to be filled in by the Clerk's Office)*

_TOBIN DON LEMMONS_

Plaintiff(s)          PRO-SE
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Doug GROVE-MiLLER PAWNEE COUNTY DETENTION OFFICER et. al.
JERRY Skidgel, PAWNEE COUNTY COMMISSIONER et. al.
DARRIN VARNELL PAWNEE COUNTY SHERIFF et. al.
PAWNEE COUNTY JAIL et. al. DETENTION OFFICERS et.al
BYSTANDERS WILLIAM HAWTHORNE AND CAMERON DENNIS

CITY OF PAWNEE et. al.    Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

TURN KEY MEDICAL PROVIDER = DR. MAL

FILED

JAN 12 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis. PRO-SE IMMINENT DANGER ADVISEMENT

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _TOBIN DON LEMMONS_

All other names by which

you have been known: _N/A_

ID Number _PAWNEE COUNTY JAIL_

Current Institution _PAWNEE COUNTY JAIL_

Address _500 HARRISON STREET_

_PAWNEE_          _OKLA_          _74058_
City                State             Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _DOUG GROVE-MILLER_

Job or Title *(if known)* _PAWNEE COUNTY DETENTION OFFICER et al._

Shield Number _UNKNOWN_

Employer _PAWNEE COUNTY SHERIFFS OFFICE_

Address _500 HARRISON_

_PAWNEE_          _OKLA_          _74058_
City                State             Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _DARRIN VARNELL_

Job or Title *(if known)* _PAWNEE County Sheriffs OFFICE (SHERIFF)_

Shield Number _UNKNOWN_

Employer _PAWNEE County SHERIFFS OFFICE, PAWNEE County et_

Address _500 HARRISON_

_PAWNEE_          _OKLA_          _74058_
City                State             Zip Code

☒ Individual capacity   ☒ Official capacity

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3
Name PAWNEE COUNTY COMMISSIONER JERRY SKIDGEL
Job or Title *(if known)* PAWNEE COUNTY COMMISSIONER
Shield Number UNKNOWN
Employer PAWNEE County BOARD OF COUNTY COMMISSIONERS et a
Address 500 S, HARRISON ROOM #104
PAWNEE          OKLA.          74058
        City          State          Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name PAWNEE COUNTY JAILERS et. al. 'JOHN DOE'
Job or Title *(if known)* PAWNEE County DETENTION OFFICERS et. al.
Shield Number UNKNOWN
Employer PAWNEE COUNTY SHERIFFS OFFICE et. al.
Address 500 HARRISON
PAWNEE          OKLA.          74058
        City          State          Zip Code
☒ Individual capacity   ☒ Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

COUNT (I) VIOLATION OF OFRA (FREEDOM OF RELEGION ACT), O.S. 51 § 2011; O.S § 1 § 251 (THE (ORFA) VIOLATION OF RLUEPA (RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT); 42 U.S.C. §2000 cc et. Seq. AND ARTICLE I § 2 STATE CONSTITION OF OKLAHOMA; ART. § 5 O.S. § 9 & 5, AND THE FIRST AMMENDMENT OF THE U.S. CONSTITUTION AND CONSTUTIONAL AMMENDMEN 4th 5th 14 AND THE 8th AMMENDMENT RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT TO THE INDIFFERENT DILIGERENTLY WAYS I AM TREATED AS OPPOSE TO OTHERS AND THE AMEICANS WITH DISABILITIES ACT 42 U.S.C. § 12101 et. Seq. (a) (8) and 12131 et. seq.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? This action is Brought under the aprementioned citaings Above

Page 3 of 9

PG 3(B

COUNT III   CRUEL AND UNUSUAL PUNISHMENT - DENIAL OF MEDICATIONS:

Plaintiff Booked into Pawnee County Jail with Medications for his seizures on October 27th 2022, Jail policy "PRESCRITION MEDICATIONS" ENTITLED, STATES: "If you are booked into jail with a narcotic medication you will be allowed to finish off the medication as prescribed until gone, you will not be allowed any refills and will have to put in a "TICKET" to the Provider to get a different medication to "Turn Key Providers" View the Xanax as a Narcotic medication which is for Plaintiffs seizures. Officials at the jail and Turn Key Providers allowed the Plaintiff from the dates October 27th to November 12th 2022 to be taken off the Anticonvulsants medications NEURONTIN and Xanax, the Plaintiff was not given but was booked into the jail with, the Officials allowed Plaintiff to lay in an isolation cell and have back to back seizures from the denial of his medication for his seizure disorder, both medications Plaintiff had possessed at Booking, the Neurontin was never again located only the Xanax which has been denied that could of prevented Plaintiff from the numerous seizures but the officials withheld medication for several weeks while Plaintiff had back to back seizures inflicting Cruel and Unusual Punishment ongoing, Jail officials and "Turn Key Providers still elect to violate their own Policy by withholding the remaining medication from the Plaintiff who suffers from G.T.C. and P.N.E.S. seizure disorders both Medications require "tapering off" of the medicines as there Withdrawls are severe, Plaintiff went without sufficient tapering of and EXPER-Tenced Very Cruel and unusual punishment at the hands of Officials

COMPLAINT SECTION II [B] - PAGE 3                    COMPLAINT PAGE 4

AMMENDED CONTINUED COUNT I VIOLATION OF O.F.R.A.                    PAGE 3 OF ...

Plaintiff when booked into the Pawnee County Jail during the dates August 28th 2021 to October 19th 2021, October 27th 2021 to September 23rd 2022, October 27th 2022 to February 10th 2023 to February 14th 2023, February 28th 2023 to March 9 2023 advised the defendants of his chosen religion as a messianic Jew and that he required an undefiled Kosher diet, Jimmy Steele responded to a request (THEN BEING A 2 INCH WIDE BY 8½ SLIP OF PAPER THE I/M's HAD TO USE AS A "REQUEST TO/OF STAFF THAT WAS NOT IN SIZE LARGE ENOUGH TO ERR ONE'S COMPLAINT) Plaintiff requested as to "WHY" he was not getting his KOSHER DIET MR. Steele responded "WE DON'T SERVE PORK YOUR GOOD", regardless as to whether or not the Pawnee County Jail served Pork or not, the food for a Kosher diet if in fact was a Kosher diet was not handled within the Jewish guidelines for an undefiled diet, "Point in case, in mid July/August 2022 an I/m Tony ANTHONY RAMON HALL in his anger because of the food being unacceptable and so small in portions defecated on one of the trays and sent it out with the lunch trays defiling everyones diet "had they been on a Kosher tray" and Jail staff seen and where aware of this taking place. Plaintiff sent out another slip of paper (USELESS) requesting for his Kosher diet, Jimmy Steele responded "YEAH OK !" Grievances were filed, all of which disappeared each time and there was never no action taken, some of which ASHLEY TREAT marked AS REJECTED ON THE N.C.I.C COMMUNICATIONS K.I.O.S.K. which has now also disappeared but that Plaintiff has reference numbers to some of the grievances filed on this issue that were filed on the Jail KIOSK SOME OF WHICH HAVE DISAPPEARED AGAIN

COMPLAINT    SECTION II [B] - PAGE 3       COMPLAINT PAGE 5

AMMENDED   CONTINUED COUNT I   VIOLATION OF O.F.R.A.       Page 3 [B]

Plaintiff as well had conversations with Jimmy Steele when he was Jail Administrator at and up until he was "dismissed" as Jail administrator (AND THERE HAS BEEN NUMEROUS JAIL ADMINISTRATORS ThereAFTER HIS dismissal) their reasoning is unknown to Plaintiff but is expected there was some sort of soliciting products in addition to the Prisoner Commissary for monetary gain, possibly embezzlement as this county is well known for, Mr. Steele would comment that "all Their Food From Tiger Commissary IS KOSHER" which is a false statement, Prisoners are feed meats (BY Products) that specifically state on their labeling "NOT FiT For Human Consumption" to include DEER OATS as a replacement for OATMEAL which also states "NOT FiT For Human Consumption" but continues to be feed to its Prisoners which is definately not KOSHER

MR STEELE would place Plaintiff Prisoner as well in tumultuous situations with other inmates in an effort to get Plaintiff in fights over his religious beliefs and th' standing up for his Civil rights when no one else would —

Plaintiff as well had attempted to resolve his complaints with Mr Nick Mahoney, Mr. Mahoney and Sheriff Varnell neglected to answer Plaintiffs grievances, nor handle Plaintiffs complaints informally, there is no dietician in their food service department and still the claim is that all food from TIGER Commissary IS KOSHER, and no Certified KOSHER COOK, all food is handled by County trustees, Pawnee County Sheriffs department fails to adequately train and supervise any of its jail staff and will hire any warm blooded individual that can perform/provide a service, Presumptively without proper background checks.

COMPLAINT PAGE 6
PAGE 3 c

AMMENDMENT TO COUNT III - DENIAL OF MEDICATION/CRUEL UNUSUAL PUNISHMENT

ON January 18th 2023 Plaintiff went into a G.T.C. seizure at which time nurse Melody ? continued to break approximately 10 ammenia ampules and shove them in the plaintiffs nose inflicting cruel and unusual punishment while refusing to call emergency medical technicians and conferring with doctor Mordecai as to whether or not to transport plaintiff to the hospital, DR. Mordecai refused to allow orders too call an ambulance to send Plaintiff to the hospital numerous times during a 2+ hour time span in which Plaintiff was in convulsions and a full blown seizure that could of resulted in death as there was no immediate medical attention given to get Plaintiff to the hospital in their efforts to save the County money by waiting two+hours before the decision was made to transport Plaintiff to the hospital after it was recognised that Plaintiff was unconcious and the first ammenia ample still rendered Plaintiff in a state of unconciousness, 10+ammenia amples later and over two hours in passing the defendants finally called for an ambulance where he was rushed to the hospital and 1 hour later was sustained with Venopast back to consciousness and the defendants were ridiculed for putting the Plaintiff life in jeopardy leaving Plaintiff in a state of unconcious-ness for over a two hour period, Plaintiffs motor skills have drastically slowed and the extent of permanent damage is at this time unknown due to inadequate medical treatment, a follow up was scheduled and the defendant Pawnee County Sheriffs office refused to send Plaintiff to the appointment, and for two days after Plaintiffs return Pawnee County Sheriffs department refused to give Plaintiff the medication sent back to sustain his seizures, Plaintiff continued to have "mini seizures" after coming back from the hospital and Plaintiff was ignored by Staff AGAIN, AND STAFF TORMENTED PLAINTIFF AND NEGLECTED TO ADMINISTER MEDICATIONS

CONTINUED AMMENDMENT TO COUNT III SECTION II [B] Page 3
PRESCRIBED BY THE STILLWATER ATTENDING PHYSICIAN, TURN KEY
MEDICAL PROVIDERS WERE NEGLIGENT WITH THEIR INADEQUATE
MEDICAL TREATMENT OF PLAINTIFFS LENNOX GAUSTAUT SYNDROME
TURN KEY MEDICAL PROVIDERS CHARGE PLAINTIFF AND OTHER PRISONERS
$10.00 TO SPEAK WITH NURSING STAFF WHOM ARE VERY UNPROFFESIONAL
IN THEIR CONDUCT, ATTITUDE AND DIAGNOSIS OF JAIL PRISONERS AS
TO "WHETHER OR NOT" THEY ARE WORTHY OF BEING SCHEDULED TO SEE
THEIR JAIL PHYSICIAN DR. MORDECAI AND THERE IS A 20.00 FEE AS
WELL TO THIS PROVIDER IN WHICH IS DONE TELEVIDEO, NO EXAM
JUST CONVERSATION, THEREAFTER A CHARGE OF 10.00 PER PRESCRIPTION
AND 2.50 PER WEEK TO DISPENSE PLAINTIFFS MEDICATION AT THE
UNIT DOOR, THESE NURSES ARE EMPLOYED TO DO THE JOB BUT
ARE NEVER HERE BUT 2 DAYS PER WEEK AND UNTRAINED JAIL STAFF
PASS OUT THESE MEDICATIONS, THOUGH ITS THE NURSES RESPONSIBILITY
TO ADMINISTER THE MEDICATIONS PLAINTIFF AND OTHERS ARE SOLEY
AT THE HANDS OF JAILERS PASSING OUT THESE MEDICATIONS THAT
ARE GENERALLY INCORRECT AT TIMES, PLAINTIFF SEVERAL TIMES
HAD BEEN GIVEN SOMEONE ELSES MEDICATION THAT CAUSED HIS
THROAT TO SWELL TO THE POINT HE COULD HARDLY BREATHE BEING
UNAWARE OF WHAT WAS IN THE CRUSHED UP COCTAIL OF MEDICATIONS
ADMINISTERED TO HIM, CRUSHED, AND SOME WHOLE PILLS NOT
VEIWABLE MIXED WITH THE CRUSH ORDERED PILLS
PLAINTIFFS AND OTHERS MEDICAID/BLUE CROSS AND BLUE SHEILD
INSURANCE COVERS THESE MEDICAL SERVICES, BY AND THROUGH THE STATE
AND THE DEFENDANTS CHARGE THE INMATES FROM THEIR COMMISSARY
ACCOUNTS AND AGAIN ADD THEM TO THEIR COURT COSTS DENYING THAT
THIS IS NOT THE CASE IN REFERENCE TO THEIR CHARGES

COMPLAINT SECTION II [B] - PAGE 3
COUNT IV                                    COMPLAINT PAGE **8**
CONDITIONS OF CONFINEMENT                        PAGE 3 d

DURING THE DATES PLAINTIFF WAS INCARCERATED WITHIN
THE PAWNEE COUNTY JAIL AUGUST 28th 2021 TO OCTOBER 19th 2021,
OCTOBER 27th 2021 TO SEPTEMBER 23rd 2022, OCTORER 27th 2022
TO FEBRUARY 10th 2023., FEBRUARY 14th 2023 TO MARCH 24th 2023 THIS
PLAINTIFF ENDURED THE FOLLOWING CONDITIONS UNDER JAIL
ADMINISTRATOR'S WHOM WERE UNCERTIFIED FOR THE POSITION
① FOOD RATIONS ⇒ JAIL ADMINISTRATOR CODY LEWIS (PRIOR J.A.
FROM PAYNE COUNTY) TOLD TRUSTEE TERRY SPARKS TO CUT THE RATIONS
OF FOOD ON E UNIT IN HALF, PEOPLE CONTINUED TO LOSE WEIGHT,
I/m's ON E UNIT WERE LOCKED DOWN IN THEIR CELLS FOR DAYS ON
END BECAUSE HE WAS MAD, WATER WAS SHUT OFF FOR DAYS, (BROWN
WATER) I/m's WERE FORCED TO DRINK TO SUSTAIN LIFE, AND AN
OLDER BLACK MAN WAS PLACED IN CELL 5 WITH ANOTHER I/m
THAT HAD MERSA, MR. LEWIS WAS SUBSEQUENTLY FIRED FOR
AN ARRAY OF INCONSISTENCIES RELATED TO HIS EMPLOYMENT
BOTH FROM PAWNEE COUNTY AND PAYNE COUNTY JAIL.
GRIEVANCES I/m's FILED TO INCLUDE PLAINTIFFS WERE NEVER
RESPONDED TO BY THE J.A., UNDERSHERIFF NOR THE SHERIFF
THE FOOD BUDGET BOTH FOR STATE AND FEDERAL I/m's (THE PAWNEE
COUNTY JAIL CONTRACTED TO HOUSE FEDERAL I/m's AND THEREAFTER
THE COUNTY LOST THEIR CONTRACT DUE TO THE VOLUMOUS COMPLAINTS
FEDERAL AUTHORITIES RECIEVED). HAD TO OF BEING DIVERTED AND
TO DATE THE PROBLEMS WITH THE FOOD CONTINUES TO ESCALATE
DOWNHILL AND TO DATE PLAINTIFF KOSHER DIET HAS NEVER
BEEN GIVEN/AFFORDED, ADHERED THERETO, BUT I/m's WHO REQUEST
NO BEANS, NO ONIONS, NO TOMATOES ETC. ARE BEING GIVEN TO
I/m's AS A FOOD ALLERGEN WITHOUT BEING GIVEN AN S.A.R. TEST

COMPLAINT SECTION II [B] - PAGE 3
COUNT II
CONDITIONS OF CONFINEMENT

COMPLAINT PAGE 9
Page 3 e

PLAINTIFFS AND OTHERS ATTORNEYS HAD/HAVE PROBLEMS WITH
THE SHERIFFS OFFICE AND ITS EMPLOYEES THEREOF HAVE PROBLEMS
WITH UNRULY STAFF IN SCHEDULING ATTORNEY VISITS AND
LEGAL CALLS, JAIL STAFF NOT ANSWERING INCOMING CALLS
IGNORING INCOMING CALLS FROM THE PUBLIC SEEKING INFOR-
MATION CONCERNING CHARGES, BOND, AND PUBLIC INFORMATION
WHILE SITTING AT THE BOOKING DESK (JAILERS) NOT DOING THEIR
JOBS SURFING THE INTERNET FOR PERSONAL ISSUES OR WATCHING
MOVIES ON COUNTY TIME, THIS CONTINUES TO BE ONGOING BEHAVIOR.

PLAINTIFF ENDURED AS WELL AS OTHERS COLD SHOWERS DURING
TWO WINTERS IN A ROW
THE WINTER MONTHS OF 2021, 2022 DUE TO PLUMBING PROBLEMS
WITHIN THE JAIL, THE BOARD OF COUNTY COMMISSIONERS REFUSED
TO ADDRESS THESE PROBLEMS, NOR HIRE A LICENSED PLUMBER TO
RECTIFY THESE PROBLEMS WHICH INFLICTED CRUEL AND UNUSUAL
PUNISHMENT UPON PLAINTIFF AND OTHER I/M'S CONFINED WITHIN THE
PAWNEE COUNTY JAIL, PROBLEMS ALSO AROSE WITH TOILETS, SINKS
CONTAMINATED TRASH CAN'S SPECIFICALLY ON E-UNIT

PLAINTIFF AS WELL WHEN PLACED IN AN ISOLATION CELL
COULD HARDLY DRAW WATER FROM THE SINK, DEFENDANTS IGNORED
PLAINTIFF'S GRIEVIENCES, AND FAILED TO PERFORM VISUAL
CHECKS, ROTATIONS, RECORDS WITHIN THE PRESCRIBED TIMES
IN ACCORDANCE TO STATE AND FEDERAL STANDARDS
Plaintiff Complaint in Violation of U.S. Constitutional amendments 4, 8, and 14
and Oklahoma Constitution art. II, 9, and 30 and other applicable statutes the
Court may Construe in light most favorable as Plaintiff is a laymen of law
HAINES V KERNER     HALL V BELLMON

CONTINUED COUNTS - SECTION II (B)         (PG 3)(A)

**COUNT II**

ASSAULT AND BATTERY - "ON or ABOUT" THE 18th OF NOVEMBER 2022 [ON or ABOUT "" PLAINTIFF WAS INTENTIONALLY ASSAULTED AND BATTERED FOR NO APPARENT LOGICAL REASON BY A ONE DOUG GROVE-MILLER WITH A NON LETHAL TAZER GUN TWICE POINT BLANK RANGE WHILE BY-STANDER EMPLOYEE WILLIAM HATHORN WATCHED AND DISAGREED OF MR. GROVE MILLERS, TWICE TAZED PLAINTIFF WHILE IN AN ISOLATION CELL NAKED. THE ASSAULT WAS CAPTURED VIDEO/AUDIO AND BODY CAM FOOTAGE. BOTH EMPLOYEES FILED S.I.R.'S → SERIOUS INCIDENT REPORTS IN WHICH THE DEFENDANT PAWNEE COUNTY SHERIFFS OFFICE DENY PLAINTIFF A COPY THEREOF TO ACCERTAIN THE EXACT DATE OF PLAINTIFF ASSAULT AND BATTERY AS THE TAZER CONTACT RENDERED UNCONCIOUSNESS FOR SEVERAL DAYS IN DELIRIUM STATE AFTERWARDS.

✻ THE TIME AND DATE HAS NOW BEEN ESTABLISHED AS 11-21-22 @ 21:50 HRS.

PLAINTIFFS ENTIRE LEFT SIDE HAS GONE NUMB, AND THE INCIDENT HAS CAUSED NERVE DAMAGE TO THE EXTENT PLAINTIFF'S LEFT FOOT CONTINUES TO DRAG AS IF A "STROKE" OCCURED, BOTH SHOULDERS FEEL FUSED AND SEPERATED FROM THE BONE TO THE EXTENT THAT DIFFICULTY IN RAISING BOTH ARMS CAUSES EX-CRUCIATING PAIN AS IF BOTH SHOULDERS ARE BROKEN AND LEAVES PLAINTIFF WITH MENTAL ISSUES. PLAINTIFF AS WELL EXPERIENCES NIGHT TERRORS OF BEING ASSAULTED AND DID NOT RECIEVE ANY MEDICAL ATTENTION FOR SEVERAL WEEKS AFTERWARDS STAFF INTENTIONALLY HAVE NOT SUPPLIED PLAINTIFF WITH THE S.I.R. SERIOUS INCIDENT REPORT FOR THE APPROXIMATE TIME AND DATE✻ HAS NOW BEEN ESTABLISHED ✻ S.I.R'S STILL REMAIN UNAVAILABLE

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

CONTINUED SECTION II, PARA. B> EXCESSIVE USE OF NON-LETHAL FORCE /ASSAULT AND BATTERY SEE ATTATCHED

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. THE DEFENDANTS ACTED UNDER COLOR OF STATE AND FEDERAL LAW IN THEIR OFFICIAL AND INDIVIDUAL, PERSONAL CAPACITIES WHEN AND BEFORE THE ALLEGATIONS ASSERTED AROSE BY ASSAULTING AND BATTERING MY PERSON FOR NO APPARENT REASONING AND BY WITHHOLDING MY RELIGIOUS DIET, BIBLE AND WORSHIP SERVICES, AND BY THE DELIBERAT INDIFFERENCE To ways I AM BEING TREATED AS OPPOSED TO OTHERS BY JAIL STAFF THAT PUTS ME IN IMMINENT DANGER DUE T my RELIGOUS BELEEFS AND THE WAYS THEY TREAT ME AS A HUMAN BEING WITH MENTAL AND PHYSICAL DISABILITIES UNDER THE AMERICANS WITH DISABILITIES ACT 42 U.S.C. 12101 et. seq (a) (b)

III.  Prisoner Status OFFICALS DENIED PLAINTIFF HIS SEIZURE MEDICATIONS TO CONTROL SEIZUREES

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*They arose while inside the institution and in an Isolation Cell*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose. They arose while being detained in the Pawnee County Jail from August 28th 2021 to the date of the filing of this Complaint and Continues ongoing. The assault and Battery arose on 11-21-2022 @ 21:50 hrs. in an Isolation Cell while partially naked

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

C.   What date and approximate time did the events giving rise to your claim(s) occur? (2022)

AUGUST 28th 2021 TO OCTOBER 19th 2021 (10:30 pm); OCTOBER 27th 2021 TO SEPTEMBER 21st (10:00 pm); OCTOBER 27th 2022 TO THE DATE OF FILING OF MY COMPLAINT (ONGOING VIOLATION OF MY CIVIL RIGHTS) THE YEAR OF 2023 The FILING OF This COMPLAINT THE PERSONAL INJURIES CONTINUE ONGOING The assault and battery occurred On 11-21-2022 @ 21:50 hrs, while partially Naked in an Isolation Cell

D.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I Am Being DENIED MY RIGHT TO EXERCISE MY RELIGION; THE DEFENDANTS ARE NOT ALLOWING PLAINTIFF A KOSHER DIET NOR A TANAKA, NOR messianic JEWISH SERVICES, NOR ALLOWING PLAINTIFFS CORRESPONDENCE TO THE TABERNACLE And RABBI WHEN SENT OUT OF THE JAIL IN THE U.S. MAIL THE CORRESPONDENCE NEVER LEAVES THE JAIL AND IS OFTEN PLACED IN MY PROPERTY OR WAS what happened to me was I was assaulted and battered with the use of NON Lethal excessive force while Naked in an Isolation Cell; who did it, were Daughtrie-Miller and William Hawthorne; who else was Involved; was Mr. Hawthorne whom tried his best to help me; who ELSE SAW WHAT HAPPENED; WILLIAM HAWTHORNE And the entire Jail staff reviewed camera footage of my incident as well as body cameras GRT staff were and are required too wear, also involved as by Standers are William Hawthorne / Cameron Dewr I was denied all my Seizure Medications for several weeks and was thereafter placed on the wrong medications

V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My RELIGION; my DIET; And my SPIRIT HAVE BEEN DEFILED / DEFOULED BY THE DEFENDANTS DUE TO THE STRICT-NON COMPLIANCE OF MY DIET DENIAL; THE DENIAL OF THE BIBLE OF MY CHOSEN RELIGION (TANAKA); And messianic JEWISH SERVICES Pertaining to my Claim under the OKlahoma Religious freedom act (O.R.F.A) INJURIES SUSTAINED In relation to the assault and battery, I was not given any medical attention until November 3 2022, My injuries are; I Now have difficulty walking, and feel like my insides are fried; both my shoulders and muscles in my body have been damaged; I am having mental issues related to my being Injured by the Police, the incident has caused me Night Terrors, Insomnia, and extreme anxiety which remains untreated the incident occurred on 11-22 @ 21:50 hrs. Camera system

VI.   Relief    I received cruel/unusual Punishment by the withholding of my seizure medications by jail officials and TURN KEY MEDICAL from OCTOBER 27th 2022 to 11-30-2022.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. $1,000.00 PER DAY FOR EVERY DAY PLAINTIFF HAS BEEN FORCED / SUBJECTED TO EAT FOUL / DEFILED Food. ACTUAL DAMAGES. ORFA RLUIPA $1000.00 PER DAY ACTUAL DAMAGES FOR DENIAL OF A BIBLE OF MY CHOSEN RELIGION, OS 57§5 1000.00 PER DAY ACTUAL DAMAGES FOR DENIAL OF MESSIANC WORSHIP SERVICES. 1000.00 PER DAY ACTUAL DAMAGES FOR THE DEPRIVAL OF U.S. MAIL TO MY RABBI BEING DESTINED THERETO PUNITIVE, COMPENSATORY, NOMINAL And INJUNCTIVE RELIEF DAMAGES

FOR THE ASSAULT AND BATTERY; I'm excess of 25,000 dollars, PUNITIVE, COMPENSATORY, NOMINAL AND INJUNCTIVE RELIEF DAMAGES;

FOR THE DENIAL OF The withholding of my SEIZURE MEDICATIONS IN EXCESS OF 25,000 dollars, PUNITIVE, COMPENSATORY, NOMINAL And INJUNCTIVE RELIEF DAMAGES;

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

---

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." *I have diligently persued to exaust my administrative remedies but the defendants refuse to allow me to exaust my grievances just disappear after I submitt them to authorities*

cont. Administrative remedies are also known as grievance procedures.  If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you. *It is not my fault the defendants will not allow me to exaust, and I have allowed them ample times to handle my complaint informally, by verbally speaking with them first, and submitting a request to them to informally handle my complaint, still grievances unanswered*

VIII.   **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent *a* danger of serious physical injury." 28 U.S.C. § 1915(g). *I am being ridiculed by authorities and inmates because of my religious beliefs and staff puts me in immenent danger by placing me in harms way with other f/.*

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

## NOT APPLICABLE TO ME

---

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

 ☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   ~~N/A~~ *hd.* TOBIN LEMMONS

Defendant(s)   ~~N/A~~ *hd.* PAWNEE COUNT BOARD OF COUNTY COMMISSIONERS, PAWNEE COUNTY SHERIFFS OFFICE/JAIL GOVERNMENTAL TORT CLAIM

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

2. Court *(if federal court, name the district; if state court, name the county and State)*

N/A PAWNEE COUNTY DISTRICT COURT PAWNEE OKLAHOMA OFFICE OF RISK MANAGEMENT AND ENTERPRIZE SERVICES OKLAHOMA CITY / OKLAHOMA County

3. Docket or index number

N/A UNKNOWN

4. Name of Judge assigned to your case

N/A UNKNOWN

5. Approximate date of filing lawsuit

N/A 01-05-2023 APPROX

6. Is the case still pending? The last lawsuit I filed was in 2011 on Pawnee County Jail Case Number CIV 00500-CVE in the Northern District of Oklahoma in 2011

☒ Yes   I have filed with the Office of Risk Management and Enterprize Ser
AND
☒ No   and the Board of County Commissioner a Governmental Tort Claim under
05 51 § 151, 05 51 § 251.   N/A Pending

If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A Pending Tort Claim for Personal injuries in excess of $10,000 in State Court

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes SEE ABOVE VIII (B), 6, a Governmental Tort Claim

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) TOBIN DON LEMMONS                    NORTHERN DIST OF OKLA.

Defendant(s) 2011 V. WATERS; PAWNEE COUNTY SHERIFF'S OFFICE, PAWNEE COUNTY JAIL Sheriff Darin Varnell, Pawnee County Jail, Pawnee County, Pawnee Oklahoma

2. Court *(if federal court, name the district; if state court, name the county and State)*

Pawnee County district Court, Pawnee County Jail, Pawnee County, Pawnee County, Risk Management and Enterprize Services, Oklahoma County Oklahoma City, Oklahoma.

Page 7 of 9

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

PRO SE

## U.S. NORTHERN DISTRICT COURT FOR THE STATE OF OKLAHOMA

STATE GOVERNMENTAL TORT CLAIM

3.  Docket or index number
    CIV - 00500 - CVE.   UNKNOWN PENDING

4.  Name of Judge assigned to your case
    CLAIRE EGAN   UNKNOWN FILED TO MS. JANNET MORROW

5.  Approximate date of filing lawsuit
    AUGUST 2011   01-05-2023

6.  Is the case still pending?

    ☒ Yes GOVERNMENTAL TORT CLAIM PENDING

    ☒ No WATERS V. STATE DISMISSED APPEALED TO 10th CIRCUIT, LATER DISMISSED

    If no, give the approximate date of disposition   2014 ? Not sure TORT CLAIM PENDING

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Dismissed for failure to exaust administrative remedies, and I appealed to 10th Circuit Court of appeals, even though it was of no fault of my own that the defendants would not allow me to exaust just like they are now doing me again, knowing that if I cant exaust then my suit will be dismissed

IX.   Certification and Closing  #I need court to order defendants to allow me answers to my grievances to futher move forward with my complaint, otherwise the court answer grievances

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01-15-2023

Signature of Plaintiff    _Tobin Lemmons_
Printed Name of Plaintiff    TOBIN LEMMONS
Prison Identification #    003202
Prison Address    500 HARRISON
PAWNEE              OKLA        74058
                  City            State      Zip Code

**B.      For Attorneys**

Date of signing:   N/A

Signature of Attorney    PRO-SE AT TIME OF FILEING
Printed Name of Attorney    N/A
Bar Number    N/A
Name of Law Firm    N/A
Address    N/A
          N/A        N/A      N/A
                  City            State      Zip Code

Telephone Number    _____
E-mail Address    _____

**DECLARATION UNDER PENALTY OF PERJURY**
    The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  _Pawnee County Jail, Pawnee Oklahoma_  on  _01-11-2023_  .
              (Location)                                              (Date)

_Tobin Lemmons_
Original Signature of Plaintiff)

I hereby certify that a copy of the foregoing pleading/document

was mailed to _DEFENDANT PAWNEE COUNTY JAIL_
(opposing party or counsel)

at _500 HARRISON STR. PAWNEE OKLAHOMA 74058_
_06-07-2023_ (address)

on _~~01-08~~_ , 20~~23~~ .
_~~01-11-2023~~_

_Tony Ammons_
(signature)

## Instructions For Summons.

(1)   Your name.

(2)   Name of the first defendant in your civil rights complaint.

(3)   Name and address of the individual defendant you wish to sue.   (You are reminded that you must fill out a separate summons for each named defendant you wish to sue.)

(4)   Your name and address.

## Instructions for USM-285 Form.

(1)   Your name.

(2)   Name of the first defendant in your civil rights complaint.

(3)   Name and address of the individual defendant you wish to sue.   (You are reminded that you must fill out a separate USM-285 Form for each named defendant you wish to sue.)

(4)   Your name and address.

(5)   Sign and check the appropriate box.   Unless you sign each USM-285 Form, the Clerk will not forward it to the Marshal for service.

To: Ms. KELLY TRAMMEL / JERRY Skidget Date: 03-26-2023

Name and title of staff member: K. TRAMMEL JAIL ADMINISTRATOR / Jerry Skidget COUNTY COMMISSIONER

I have \_\_\_ have not \_\_\_ already submitted a "Request to Staff" or grievance on this same issue. If yes,
date _____ facility ROGERS County Sheriffs Dept. grievance # ? _____ I affirm that I do \_\_\_ do not \_\_\_ have a
grievance pending on this issue. I affirm that I do \_\_\_ Do not \_\_\_ have a lawsuit of any type pending that i
in any way to this issue.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement mu
specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or
incident per "Request to Staff". Your failure to specifically state your problem may result in this being ret
unanswered. Grievances were responded to on 2-27-2023 and I requested to further my appeal

As I previously stated on the Kiosk and by means of sending U.S. mail on 2-27-2023
the grievances that were responded to that I wished to further appeal to the under
sheriff Nick Maloney, and sheriff Darrin Varnell, the responses by the aforementioned
have never disagreed with their responses and I request to know why they were
not responded to whom they were assigned to Nick Maloney for the final appeal in which
there is No appeal form to further ones appeal to the next stage of the grievance process, Please allow me
a signature to present **(USE OTHER SIDE IF MORE SPACE IS NEEDED)**

ACTION REQUESTED: State exactly how you believe your request may be handled, that is, what exactly s
be done and how.

That the grievances (3 separate grievances) be responded to a signed
off on by the undersheriff and the sheriff, as there is no "grievance appeal form
to each of these steps of the grievance process to allow the prisoner to dispute
their issues further after the said Administrator responds to ones grievable issue.
And that a grievance appeal form be readily available to a prisoner To further
dispute and appeal ones issues to the point of exhaustion TOBIN LEMMONS

Name: (print please):

Signature: _Tobin Dea Lemmons_

**DO NOT WRITE BELOW THIS LINE**

Disposition:

_____

_____

_____

_____

**STAFF MEMBER**                                    **DATE**

_____



PAWNEE COUNTY SHERIFF'S OFFICE
GRIEVANCE FORM

TODAY'S DATE: 12-08-2022

SPECIFY TYPE OF GRIEVANCE AND CIRCUMSTANCES SURROUNDING IT: CONDITION OF CONFINEMENT

THE CIRCUMSTANCES SURROUNDING MY ISSUE IS THAT I AM A MESSIANIC
JEW, AND I HAVE SPOKEN WITH STAFF FIRST ABOUT MY ISSUE CONCERNING
A KOSHER UNDEFILED DIET, I HAVE PUT IN SEVERAL REQUEST TO STAFF
ON NCIC KIOSH ALL OF WHICH HAVE BEEN REJECTED AND LISTED AS RESOLVED
UNSUBSTANTIATED BY AN UNKNOWN JAIL OFFICIAL WHEN ITS NOT RESOLVED.
NCIC KIOSK TN ⁵UH2cI Pzp W4Dh; BATrfOJ3pyHP•mccwZHJ5QmOI

PLEASE USE THE BACK IF MORE ROOM IS NEEDED

DATE OF INCIDENT: 12-08-2022                    TIME OF INCIDENT: 10:00 pm

TOBEN D. LEMMONS                               _signature_
PRINT NAME OF INMATE                           SIGNATURE OF INMATE

BELOW FOR OFFICE USE ONLY

CELL GRIEVANCE CAME FROM: _____          TIME: _____

ADMINISTRATOR INVESTIGATIVE COMMENTS: Our food provider (Tiger)
is based on a kosher dict but doesn't offer pre-made
meals

JAIL ADMINISTRATOR Jimmy Steele: Kelly Trammel _signature_   DATE: 2.24.23

RECOMMENDED ACTION:

GRIEVANCE OUTCOME:          [] FOUNDED    [X] UNFOUNDED    [] SEE BELOW


                                                DATE: _____
1ST APPEAL  NICK MAHONEY


2ND APPEAL:                                     DATE: _____
SHERIFF DARRIN VARNELL



## PAWNEE COUNTY SHERIFF'S OFFICE
### GRIEVANCE FORM

TODAY'S DATE: 12-08-2022

SPECIFY TYPE OF GRIEVANCE AND CIRCUMSTANCES SURROUNDING IT: CONDITION OF CONFINEMENT

I HAVE REQUESTED FOR A BIBLE OF MY CHOSEN RELIGION, I AM A MESSIANIC JEW, MY BIBLE IS A TANAKA, I HAVE SPOKEN WITH JOHNNY WAGONER ABOUT THIS TO HANDLE MY COMPLAINT INFORMALLY, AND I HAVE FILED A REQUEST TO STAFF WHICH WAS REJECTED BY UNKNOWN JAIL OFFICIAL, I NOW AM FILEING MY DOCUMENTED GRIEVANCE ON MY ISSUE FOR RESPONSE REQUESTS NCIC KIOSK TK# mccwZHJSQmOl AND TK# KX1YIJrmQD

PLEASE USE THE BACK IF MORE ROOM IS NEEDED

DATE OF INCIDENT: 12-08-2022     TIME OF INCIDENT: 10:05 PM

TOBIN A. LEMMONS
PRINT NAME OF INMATE

SIGNATURE OF INMATE

BELOW FOR OFFICE USE ONLY

CELL GRIEVANCE CAME FROM: _____     TIME: _____

ADMINISTRATOR INVESTIGATIVE COMMENTS: Copies of grievances given to me by Tobin on 02-22-23, first time hearing of this

JAIL ADMINISTRATOR ~~Jimmy Steele:~~ Kelly Trammel  *[signature]*     DATE: 02-24-23

RECOMMENDED ACTION:

GRIEVANCE OUTCOME:     [] FOUNDED     [X] UNFOUNDED     [] SEE BELOW

                                                              DATE: _____

1ST APPEAL  NICK MAHONEY

2ND APPEAL:                                                   DATE: _____
SHERIFF DARRIN VARNELL



### PAWNEE COUNTY SHERIFF'S OFFICE
#### GRIEVANCE FORM

TODAY'S DATE: 12-01-2022

SPECIFY TYPE OF GRIEVANCE AND CIRCUMSTANCES SURROUNDING IT: EXCESSIVE USE OF NON-
LETHAL FORCE / ASSAULT AND BATTERY — ON OR ABOUT THE WEEK AFTER THE WEEK
OF THE 7th DAY OF NOVEMBER 2022, JAILER KNOWN TO ME AS "DOUG" TWICE TAZED
ME IN THE ISOLATION (ISO 2) CELL FOR NO REASON AT POINT BLANK RANGE IN THE
PRESENCE OF JAILER KNOWN TO ME AS WILLIAM (WILL), JAILER DOUG STRIPPED
ME AND LEFT ME IN THE CELL NAKED, I HAVE SINCE BEEN IMPAIRED BY THE LIMITED
MOVEMENT OF BOTH SHOULDERS AND LEFT FOOT, MY ENTIRE LEFT SIDE IS NUMB
OVER →

PLEASE USE THE BACK IF MORE ROOM IS NEEDED

DATE OF INCIDENT: 11-12-2022          TIME OF INCIDENT: 21:50 hrs.

TOBIN LEMMONS                          _Tobin Lemmons_
PRINT NAME OF INMATE                   SIGNATURE OF INMATE

**BELOW FOR OFFICE USE ONLY**

CELL GRIEVANCE CAME FROM: E PO          TIME: _____

ADMINISTRATOR INVESTIGATIVE COMMENTS: Issue was resolved by the termination
of Douglas Giever-Miller. Mr. Lemmons can get a copy
of reports from front office.

JAIL ADMINISTRATOR Jimmy Steele: _Kelli Trammel_ (Kelli Trammel)   DATE: 03-24-23

RECOMMENDED ACTION:

GRIEVANCE OUTCOME:          [ ] FOUNDED          [X] UNFOUNDED          [ ] SEE BELOW

_____                    DATE: _____

1ST APPEAL  NICK MAHONEY

2ND APPEAL:                                          DATE: _____
SHERIFF DARRIN VARNELL

and I have nerve, tendon and ligament damage to the extent that I cannot exercise, or both my arms without experiencing excruciating pain, I was withdrawing from my seizure medication NEURONTIN and Xanax cold turkey, medicines I was supposed to be been gradually "weined" off as a but administrations initiation of the new provider Ti but I was left to struggle with my withdrawals by jail staff while having back to back sei

I have sought to obtain the names of Mr. Doug/Mr. Will, and the exact date I was assaulted through various staff members whom deny me this information or any information concerning incident, I was assaulted by MR. Doug according to what information I was able to obta I can tell I was assaulted, MR. Will did not participate in any of the sequence of events was put through, he did tell me he made a report on 'MR. Doug' and called the Sheriff Darrin Varnell, and undersheriff Nick Mahoney because what he did was not right, I was Tazed so hard (twice) at point blank range that there has been much harm to my per I was not given any medical attention until Wednesday November 30th at which tim there was nothing done to help me with being assaulted/Tazed.

This happened in the isolation cell, prior to this I was up front in medical observation and is/should be camera footage of the events leading up to/and following the events that took place o date they occurred, both jailers have "body cameras" also, and there should be footage of this a when it occurred, date is uncertain because staff is uncooperative with me and because I w twice Point blank range, it had knocked me into a state of delirium for days, I still have post rec from as of the writing of my grievance, staff has to my knowledge 30 days from the date my grievance has be Submitted to give me a response.

## NCIC, KIOSK FILEINGS

I filed Kiosk requests and grievances numbered/DATED AS FOLLOW

11-21 - GRIEVANCE #TK IAQiJcTZ6zLF

11-25 - MEDICAL #TK-IVc7WanLIBV3

11-25 - MEDICAL #TK-9GRiPOsFXIqW

* I have followed grievance procedure by first filering a request to staff within 1 of the incident, the request was never responded

Tobin Lemmons
Pawnee County Jail
500 Harrison
Pawnee Okla. 74058

LEGAL MAIL

RECEIVED

JUN 09 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

23cv19-cve-cdl

U.S. District Court
For The Northern District of Okla.
333 West Fourth Blk, Room 411
Tulsa Oklahoma 74103-3819



LEGAL MAIL